**Opinion issued February 21, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———

## NO. 01-12-00983-CV

———

**JESUS H. GAYTAN, Appellant**

**V.**

**WELLS FARGO BANK, N.A., Appellee**

———

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 2010-15538**

———

## MEMORANDUM OPINION

Appellant Jesus H. Gaytan has neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by

statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2012), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2012) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).

In addition, the county clerk has informed the Court that appellant has neither paid, nor made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault).

After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault); 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.